**No. P68/59.**—Durst Industries, Inc., and Globe Importing Co. *v.* United States, protests 66/11924 and 66/24080 (New York).

FORD, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of strainers similar in all material respects to those the subject of *Davies Turner & Company* v. *United States* (55 Cust. Ct. 488, Abstract 69651), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, FEBRUARY 13, 1968

**No. P68/60.**—Trans World Airlines, Inc. *v.* United States, protest 66/3096 (New York).

**No. P68/61.**—Trans World Airlines, Inc. *v.* United States, protest 66/3107 (New York).

LANDIS, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of certain airplane parts, which are manufactures of the United States, exported without drawback, and returned without having been advanced in value or improved in condition by any process of manufacture or other means and that the applicable customs regulations have been complied with, the claim of the plaintiff was sustained. *Bertrand Freres, Inc., et al.* v. *United States* (47 Cust. Ct. 155, C.D. 2296).

**No. P68/62.**—United China & Glass Co. *v.* United States, protests 65/4572, 65/4579, and 65/22538 (Houston).

LANDIS, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), the claim of the plaintiff was sustained.